IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON ROGERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CREDIT CONTROL, LLC,<br><br>　　　　　Defendant. | No. 2:22-CV-0335-KJM-DMC<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is the parties' joint request, ECF No. 9, for leave to appear telephonically at the scheduling conference set in this matter before the undersigned in Redding, California, on July 13, 2022, at 10:00 a.m.  Good cause appearing therefor based on the distance between counsels' places of business in Southern California and the courthouse in Redding, California, the parties' request is granted.  The parties shall arrange for telephonic appearances through CourtCall.

　　　　IT IS SO ORDERED.

Dated: July 6, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE